UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N Johnson, <br><br> Plaintiff, <br><br> v. <br><br> Mai Luu-Truong, et al., <br><br> Defendants. | Case: 2:14-cv-01078-MCE-KJN <br><br> **[PROPOSED] ORDER ON REQUEST TO VACATE DEBTOR EXAM** |

### ORDER

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for Mai Luu-Truong scheduled for April 23, 2015, is vacated.

Dated:  April 10, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Request to Vacate Exam