UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N Johnson,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Mai Luu-Truong, et al.,<br><br>　　　　Defendants. | Case: 2:14-cv-01078-MCE-KJN<br><br>**[PROPOSED] ORDER ON REQUEST TO VACATE DEBTOR EXAM** |

**ORDER**

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for Billy Truong scheduled for September 17, 2015 is vacated.

Dated: September 10, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Request to Vacate Exam